

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Direct: 414-287-9551
hpollack@gklaw.com

October 11, 2011

**VIA ELECTRONIC FILING**

Honorable Barbara B. Crabb
United States District Court
Western District of Wisconsin
120 N. Henry Street, Rm. 230
Madison , WI 53703-2559

    RE:    *Data Key Partners v. Permira Advisers LLC, et al.*
            Case No. 3:11-cv-00688

Dear Judge Crabb:

    Earlier today, Movant-to-Intervene Plato Learning filed a letter requesting that the Court schedule a hearing date "this week" on a motion for a temporary restraining order filed by Plaintiff Data Key Partners to delay the shareholder vote on a merger agreement between Permira Advisors LLC and Renaissance Learning, Inc.  Counsel for Permira and Renaissance submit this letter to address certain fallacies in Plato's letter.

    First, Plato is not the moving party and has no standing to seek a hearing date on Data Key's motion for a TRO.  Indeed, Plato's proposed complaint in intervention does not allege a single claim that serves as a basis for Data Key's TRO motion.  This disconnect carries over to the brief Plato submitted on October 9 in support of Data Key's TRO motion.  In that brief, Plato argues that a TRO should be granted because Renaissance's directors and controlling shareholders purportedly breached duties owed to Renaissance and its shareholders.  But, Plato does not allege that it is a shareholder of Renaissance such that it would have standing to assert these claims.  Indeed, these claims do not appear anywhere in Plato's complaint.  Plato therefore has no standing to argue in favor of the pending TRO motion, much less to request a hearing date on that motion.

    Contrary to Plato's assertion that the need for a TRO is "clear[]" and that no harm would come from delaying next weeks' shareholder vote, injunctive relief is entirely inappropriate in this action.  Plato's letter to the Court, as well as it own pleadings, demonstrate that Renaissance's shareholders have an entirely adequate remedy at law in money damages.  Plato admits as much when it asserts that Renaissance's Board and controlling shareholders allegedly breached their duties by accepting the Permira offer despite Plato's competing offer.  (Plato Ltr. at 1.)  If there was a breach of duty, and Defendants vigorously deny there was, then that breach could be remedied by the alleged difference between the consideration offered under the Permira merger agreement and the actual value of the consideration that Plato claims to offer.

Honorable Barbara B. Crabb
United States District Court
Western District of Wisconsin
October 11, 2011
Page 2


   There is therefore no irreparable harm here that could justify the imposition of expedited, injunctive relief. Nonetheless, we will submit our opposition papers as soon as we can. However, in light of the voluminous materials to which we have to respond (including the 90 proposed findings that non-movant Plato submitted in addition to Data Key's 14), we expect to get our materials to the Court late morning on Thursday.

                Very truly yours,

                */s/Howard A. Pollack*
                Howard A. Pollack
                Michael B. Apfeld
                William E. Duffin
                GODFREY & KAHN
                780 North Water Street
                Milwaukee, WI 53202-3590
                Phone: 414-273-3500
                Fax: 414-273-5198
                hpollack@gklaw.com
                mapfeld@gklaw.com
                *Attorneys for Defendant Renaissance Learning, Inc.*


                */s/Nancy J. Sennett*
                Nancy J. Sennett
                Eric Pearson
                FOLEY & LARDNER LLP
                777 East Wisconsin Avenue
                Milwaukee, Wisconsin 53202
                414.271.2400 (phone)
                414.297.4900 (facsimile)
                nsennett@foley.com
                lkwaterski@foley.com

Honorable Barbara B. Crabb
United States District Court
Western District of Wisconsin
October 11, 2011
Page 3

                                    **OF COUNSEL**
                                    Garrett J. Waltzer (*pro hac vice* pending)
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    525 University Avenue
                                    Palo Alto, CA  94301-1908
                                    650.470.4540 (phone)
                                    888.329.2989 (facsimile)
                                    gwaltzer@skadden.com
                                    *Attorneys for Defendants Permira Advisors LLC,*
                                    *Raphael Holding Company and Raphael*
                                    *Acquisition Corp.*

cc:     All Counsel (*via electronic filing and email*)

6944660_1