UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LAWRENCE BASS, PAUL BERGER AND
ROBERT GARFIELD, PARTNERS OF
DATA KEY PARTNERS, ON BEHALF OF
DATA KEY PARTNERS AND ALL
OTHERS SIMILARLY SITUATED,

        Plaintiff,

v.

PERMIRA ADVISERS LLC, RAPHAEL
HOLDING COMPANY, RAPHAEL
ACQUISITION CORP., TERRANCE D.
PAUL, JUDITH AMES PAUL, ADDISON L.
PIPER, HAROLD E. JORDAN, MARK D.
MUSICK, RANDALL J. ERICKSON, and
GLENN R. JAMES,

        Defendants,

Case No. 11-CV-688-bbc

---

**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**

---

      **WHEREAS** this action is a putative shareholder class action brought by Plaintiffs on behalf of themselves and a proposed class of certain former public shareholders of Renaissance Learning, Inc.; and

      **WHEREAS** federal jurisdiction originally rested on asserted violations of Section 14(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78n(a), and Rule 14a-9 promulgated thereunder, 17 C.F.R. § 240.14a-9; and

1

**WHEREAS** Plaintiffs deleted these claims in their First Amended Class Action Complaint, thereby raising questions as to the continuing propriety of litigating this case in federal court; and

**WHEREAS** a substantially similar action on behalf of the same proposed class is pending in the Circuit Court of Wood County, Wisconsin (the "State Action"); and

**WHEREAS** the State Action was commenced prior to the present action, making it the first filed action; and

**WHEREAS** the parties agree that two essentially identical actions on behalf of the same putative class should not proceed simultaneously in two separate courts; and

**WHEREAS** the parties agree that the pendency of the State Action will protect any claims putative class members may have; and

**WHEREAS** because the parties are stipulating to dismissal of the present action without prejudice, the parties agree that notice to putative class members is not required by Fed. R. Civ. P. 23(e),

**NOW THEREFORE,** it is stipulated as follows, subject to approval of the Court:

1. This action is dismissed without prejudice and with all parties to bear their own fees and costs. No consideration has been furnished or promised to Plaintiffs or their counsel for the dismissal of this action.

2. Notice to the putative class shall not be required or given both because the dismissal is without prejudice and because putative class members are protected by the continued pendency of the State Action.

**IT IS SO STIPULATED**

Dated: November 28, 2011

| | |
|---|---|
| /s/ Mark Lawrence Thomsen | /s/ Howard A. Pollack |
| **Mark Lawrence Thomsen** | **Howard A. Pollack** |
| Cannon & Dunphy, S.C. | **Michael B. Apfeld** |
| 595 North Barker Road | Godfrey & Kahn, S.C. |
| P.O. Box 1750 | 780 North Water Street |
| Brookfield, WI 53008 | Milwaukee, WI 53202 |
| 262-796-3703 | 414-273-3500 |

and

*Attorneys for Renaissance Learning, Inc. and all individual Defendants other than the Pauls*

**Richard Brualdi**
**Gaitri Boodhoo**
**Lauren C. Watson**
**David Titus**
The Brualdi Law Firm, P.C.
29 Broadway, 24th Floor
New York, NY 10006

*Attorneys for Plaintiffs*

| | |
|---|---|
| /s/ Andrew J. Wronski | /s/ David J. Harth |
| **Andrew J. Wronski** | **David J. Harth** |
| **Nancy J. Sennett** | **John S. Skilton** |
| **Eric G. Pearson** | **Jeff J. Bowen** |
| Foley & Lardner LLP | **Truscenialyn Brooks** |
| 777 East Wisconsin Avenue | Perkins Coie LLP |
| Milwaukee, WI 53202 | One East Main Street, Suite 201 |
| 414-271-2400 | Madison, WI 53703 |
| | 608-663-7470 |

and (left) / and (right)

**Garrett J. Waltzer**
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301-1908

**Vincent J. Connelly**
**Jonathan C. Medow**
**Matthew C. Sostrin**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

**Matthew R. Kipp**
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

*Attorneys for Defendants Terrance D. Paul and Judith Ames Paul*

*Attorneys for Defendants Raphael Holding Company and Permira Advisers LLC*

## ORDER

Having read the above stipulation and approving thereof, it is ORDERED:

1. This action is dismissed without prejudice and with all parties to bear their own fees and costs.

Dated: November 28, 2011

                                            _/s/ Barbara B. Crabb_
                                            United States District Judge